UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LISA MARTINEZ, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>       Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:16-CV-275-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 21]. Plaintiff's motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 18] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on January 24, 2018, and Copies To:**
Charlotte Williams Hall                            (via CM/ECF electronic notification)
Leah F. Golshani                                    (via CM/ECF electronic notification)

DATE:                                               PETER A. MOORE, JR., CLERK
January 24, 2018                            (By) /s/ Nicole Briggeman
                                                      Deputy Clerk