IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:16-cv-00275-D

| LISA MARTINEZ, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR PAYMENT |
| v. | ) | OF ATTORNEY FEES |
| | ) | UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL, | ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $4,242.00 in attorney fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED. This 18 day of February 2018.

JAMES C. DEVER III
Chief United States District Judge