UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LISA MARTINEZ,                                    )
                                                  )
                    Plaintiff,                    )
                                                  )          **JUDGMENT IN A CIVIL CASE**
        v.                                        )
                                                  )          **CASE NO. 4:16-CV-275-D**
NANCY A. BERRYHILL, Acting Commissioner           )
of Social Security,                               )
                    Defendant.                    )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff the sum of
$4,242.00 in attorney fees, in full satisfaction of any and all claims arising under the Equal
Access to Justice Act, 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on February 20, 2018, and Copies To:**
Charlotte Williams Hall                          (via CM/ECF electronic notification)
Leah F. Golshani                                 (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
February 20, 2018                        (By)  /s/ Nicole Briggeman
                                          Deputy Clerk