UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| LISA MARTINEZ, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 4:16-CV-275-D** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $7,719.63, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $4,242.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on December 11, 2019, and Copies To:**
Charlotte Williams Hall                        (via CM/ECF electronic notification)
Leah F. Golshani                               (via CM/ECF electronic notification)

DATE:                                          PETER A. MOORE, JR., CLERK
December 11, 2019                              (By) /s/ Nicole Sellers
                                               Deputy Clerk